UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:17-CV-00005-GNS

JOSEPH KELLAR                                                                                       PLAINTIFF

v.

MH EQUIPMENT CORPORATION, and
MH EQUIPMENT OHIO, LLC                                                                DEFENDANTS

v.

SUN PRODUCTS CORPORATION                                          THIRD PARTY DEFENDANT

## ORDER

This matter is before the Court on Third Party Defendant's Motion to Dismiss (DN 35). Defendant/Third-Party Plaintiff MH Equipment Corporation did not file a response. The Court has reviewed the Motion and agrees that Sun Products Corporation should be dismissed pursuant to KRS 342.690(1). Defendants, however, may be entitled to an apportionment instruction at trial. KRS 411.182(1); *Adam v. J.B. Hunt Transp., Inc.*, 130 F.3d 219, 228 (6th Cir. 1997).

Accordingly, **IT IS HEREBY ORDERED** that Third Party Defendant's Motion to Dismiss (DN 35) is **GRANTED**, and Defendant/Third Party Plaintiff's claims against Sun Products Corporation are **DISMISSED WITH PREJUDICE**.

Greg N. Stivers, Judge
United States District Court

March 12, 2018

cc:     counsel of record