IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| JOSEPH KELLAR ) | |
| ) | |
| PLAINTIFF ) | Civil Action No. 1:17cv-00005-GNS |
| v. ) | JUDGE GREG N. STIVERS |
| ) | |
| MH EQUIPMENT CORPORATION and ) | |
| MH EQUIPMENT OHIO LLC ) | |
| ) | |
| DEFENDANTS ) | |

## **ORDER**

A telephonic status conference was conducted in this action on May 7, 2018, with the undersigned presiding. Participating in the conference were Mr. Timothy L. Stevenson for the Plaintiff; Ms. Laura R. Beasley for the Intervening Plaintiff; and, Mr. Harlan E. Judd, III, for the Defendants.

Counsel for the parties having advised the Court they are interested in participating in a settlement conference;

**IT IS ORDERED** no later than the close of business on **June 15, 2018**, Plaintiff and Defendants shall deliver under seal, directly to the Magistrate Judge, ex parte separate settlement conference statements which shall specify their respective settlement positions. Each statement is to be furnished only to the Court and not the other side. **The statements shall not be filed with the Clerk of the Court but shall be furnished by mailing same to Kelly Lovell, case manager for Magistrate Judge Brennenstuhl, at**

**the United States Courthouse, 241 E. Main Street, Bowling Green, Kentucky 42101, or via e-mail, in .pdf format, to** [kelly_lovell@kywd.uscourts.gov](mailto:kelly_lovell@kywd.uscourts.gov) **and** [bbrennenstuhl@kywd.uscourts.gov](mailto:bbrennenstuhl@kywd.uscourts.gov).

  **The <u>Plaintiff's</u> settlement conference statement shall contain the following:**

  1. A *candid* assessment of the strengths and weaknesses of Plaintiff's case on the issues of liability and damages and the strengths and weaknesses of the Defendants' case on the issues of liability and damages. Nothing in the way of a jury speech shall be included.

  2. An itemization of all special damages which Plaintiff will claim at trial and any liens which must be satisfied from a recovery. <u>Plaintiff will provide the Defendants with this information at the same time Plaintiff submits the settlement conference statement.</u>

  3. Where non-liquidated damages are involved, the *realistic* assessment of the value of that portion of the claim.

  4. An assessment of the economic cost of proceeding to trial.

  5. Where attorney fees are authorized by contract or statute, an assessment of the Plaintiff's total attorney fees as of the time of mediation and projected through trial.

  6. A statement of the last settlement demand and offer exchanged between the parties.

  **The <u>Defendants'</u> settlement conference statement shall contain the following:**

  1. A *candid* assessment of the strengths and weaknesses of Defendants' case on the issues of liability and damages and the strengths and weaknesses of the Plaintiff's

case on the issues of liability and damages. Nothing in the way of a jury speech shall be included.

      2.      The *realistic* assessment of the value of Plaintiff's special and non-liquidated damages claims.

      3.      An assessment of the economic cost of proceeding to trial.

      4.      Where attorney fees are authorized by contract to Defendants as the prevailing party, an assessment of the Defendants' total attorney fees as of the time of mediation and projected through trial.

By agreement of the parties, the settlement conference is hereby scheduled at the **United States Courthouse/Federal Building, 241 E. Main Street, Bowling Green, Kentucky, on June 22, 2018, commencing at 10:00 a.m., CDT.** In addition to counsel who will try the case being present, it is required that the parties, or a person with actual settlement authority for the parties, likewise be present for the conference. **A PERSON WITH LIMITED SETTLEMENT AUTHORITY OR A PERSON WHO IS NOT DIRECTLY OR ACTIVELY ASSOCIATED WITH THE PARTIES DOES NOT MEET THIS REQUIREMENT.**

The Defendants will bring to the settlement conference a proposed release of liability so that the parties may agree to specific terms.

**IT IS FURTHER ORDERED** the deadline for filing dispositive and <u>Daubert</u> motions is held in abeyance pending the outcome of the settlement conference.

ENTERED this

Copies to:    Counsel of Record

0/08